SCWC-16-0000345

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MAXWELL F. JONES, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000345; CASE NO. 1DTA-15-03477)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.[1])

Upon consideration of Petitioner/Defendant Appellant Maxwell F. Jones's Motion for Reconsideration, filed July 10, 2020 ("Motion"), and the record and files herein,

IT IS HEREBY ORDERED, that the Motion is denied.

DATED: Honolulu, Hawaiʻi, July 17, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson



---

[1]     Associate Justice Richard Pollack, who was a member of the court when the case was decided, retired from the bench on June 30, 2020.